**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**SABINA MARY GENTILE** **PLAINTIFF**

**v.** **Case No. 4:26-cv-00834-KGB**

**DALE JAMES, Individually and**
**in his Official Capacity as**
**Van Buren County Judge, *et al.*** **DEFENDANTS**

# ORDER

Before the Court are plaintiff Sabina Mary Gentile's application to proceed *in forma pauperis*; *pro se* complaint and petition for mandatory injunctive and equitable relief, preliminary and permanent injunctions, statutory damages, civil rights violations, negligence, and nuisance with jury demand; addendum to complaint, emergency decree of abatement, and jury demand; supporting appendix of Arkansas case law and legal authorities; notice of emergency filing and request for expedited consideration; and declaration of Gentile in support of emergency motion for temporary restraining order (Dkt. Nos. 1; 2; 3; 4; 5; 6).

The Court finds that Gentile does not have the ability to pay the filing fee without suffering an undue financial hardship and grants her application to proceed *in forma pauperis* (Dkt. No. 1).

Pursuant to the Prison Litigation Reform Act ("PLRA"), 28 U.S.C. § 1915, the Court screens Gentile's complaint, addendum to complaint, and appendix and determines that service on defendants is appropriate (Dkt. Nos. 2; 3; 4). The Clerk is directed to prepare a summons for defendants Dale James, individually and in his official capacity as Van Buren County Judge to be served on him at the Van Buren County Courthouse Annex, 1400 Highway 65 South, Clinton, Arkansas, 72031. The Clerk is also directed to prepare a summons for defendant Justin Thurman, individually and in his official capacity as Van Buren County Road Superintendent to be served

on him at 1400 Highway 65 South, Clinton, Arkansas, 72031. The Court directs that the United States Marshal serve Gentile's complaint, addendum to complaint, supporting appendix; notice of emergency filing and request for expedited consideration; and declaration of Gentile in support of emergency motion with a summons, pursuant to the terms of this Order without prepayment of fees and costs or security (Dkt. Nos. 2; 3; 4; 5; 6).

So ordered this 31st of August, 2026.

Kristine G. Baker
Chief United States District Court Judge